# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | **Case No.  CR-20-243-HE** |
| | ) | |
| **TRAYMON EUREAL GREEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION FOR ORDER FOR
## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney for the Western District of Oklahoma seeks to bring Traymon Eureal Green, Oklahoma County Jail Inmate Number 200408269, before the Court for one or more hearings.

Therefore, the United States moves for a Writ of Habeas Corpus Ad Prosequendum, directed to the United States Marshal for the Western District of Oklahoma, commanding him to produce the defendant before this Court on October 7, 2020, at 3:00 p.m., for any hearings necessary in this case.  The United States also asks that the Oklahoma County Jail be directed to surrender the defendant as directed by the Court.

Respectfully submitted,

TIMOTHY J. DOWNING
United States Attorney


s/WILSON D. McGARRY
Assistant U.S. Attorney
Bar No. 31146
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8700(Office)
(405) 553-8888 (Fax)
Wilson.McGarry@usdoj.gov

2