# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No.  CR-20-243-HE |
| ) | |
| TRAYMON EUREAL GREEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR WRIT
## OF HABEAS CORPUS AD PROSEQUENDUM

Upon consideration of the Motion for Order for Writ of Habeas Corpus Ad Prosequendum,

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue as requested.

DATED:  September 30, 2020.

*[signature]*
SUZANNE MITCHELL
United States Magistrate Judge