# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CR-20-243-HE |
| ) | |
| TRAYMON EUREAL GREEN, ) | |
| ) | |
| Defendant. ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to the United States Marshal for the Western District of Oklahoma or any United States Marshal, and the Warden or Superintendent:

GREETINGS: You are hereby commanded to proceed to the Oklahoma County Jail, Oklahoma City, Oklahoma, and there take and receive Traymon Eureal Green, Inmate Number 200408269, and keep him in your custody and bring him before the United States District Court for the Western District of Oklahoma on October 7, 2020, at 3:00 p.m., for any hearings necessary in this case and then return him to the custody of the Oklahoma County Jail, or do as otherwise ordered by the Court.

DATED this 30th day of September, 2020.

> CARMELITA REEDER SHINN
> Clerk of the United States District Court
> for the Western District of Oklahoma
>
> By:  /s/ *Lesa Boles*
>       DEPUTY