# CRIMINAL COURTROOM MINUTE SHEET
# GRAND JURY ARRAIGNMENT

**DATE:** Oct 7, 2020     **CASE:** CR-20-243-HE

**TIME IN COURT:** 15 mins     **COURTROOM:** 302

**MAGISTRATE JUDGE SUZANNE MITCHELL**     **COURTROOM DEPUTY LESA BOLES**

**UNITED STATES OF AMERICA vs.** Traymon Eureal Green

Defendant States true and correct name as: same     **AGE:** 22

**Government Cnsl:** Wilson McGarry     **Defendant Cnsl:** Jason Murry

**U.S. Probation Officer:** John Sheth     Court appointed

- [x] Defendant Appears, custody of U.S. Marshal with Counsel     **Interpreter:**
- [ ] Defendant advised of his / her right of consular notification,
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.
- [x] Dft informed that he / she is not required to make a statement and that any statement made by him / her may be used against him / her.
- [x] Dft advised of his / her right to an attorney.
- [x] Dft fully advised of the substance of the count(s).
- [x] Dft provided copy of Indictment
- [x] Dft waives reading of the Indictment by the Court.
- [x] Dft enters plea of Not Guilty

- [x] Case set on jury docket beginning the week of December 1, 2020, before U.S. District Judge Joe Heaton

- [ ] Government recommends defendant be released on
- [x] Government recommends defendant be detained based on Risk of Flight and Danger to the Community
- [ ] Government
  - [ ] Upon motion of the Government and request for continuance by
  - [ ] Detention Hearing is set for
- [x] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [ ] Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant detained per Detention Order previously entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at    with conditions per Release Order.
- [ ] Secured Bond set at    with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [x] Defendant remanded to the custody of U.S. Marshal.