IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No.  CR-20-243-HE |
| ) | |
| TRAYMON EUREAL GREEN, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF SPEEDY TRIAL

I, Defendant Traymon Eureal Green, waive any rights, benefits, and privileges that may accrue to me under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.  I have discussed this waiver with my counsel and understand my rights under the Speedy Trial Act, including the potential effects on my case in the event of a violation of the Act.

Date: 11-17-20

At: OCDC

_____
Defendant

_____
Attorney for Defendant